IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| GORDON ROY PARKER,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>BRIAN R. ZAIGER, et al.<br>,<br>　　　　　　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No: 17-cv-2675-PBT |
|---|---|---|

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Gordon Roy Parker, **Plaintiff** in the above-styled action, hereby notifies this court of the voluntary dismissal of this action secondary to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This notice is being filed secondary to the Court order of June 22, 2017 directing Plaintiff to continue with this action within thirty (30) days. Since Plaintiff is indigent, and could file an amended IFP petition, but logistically compromised with regard to prosecuting this action, he has chosen instead to preserve his right to refile when the logistical barriers are removed.

This the 17th day of July, 2017.

GORDON ROY PARKER, Pro Se
4247 Locust Street, #119
Philadelphia, PA  19104
(215) 921-4592
snodgrasspublish@aol.com
PLAINTIFF